Consequently, we grant the motion for leave to file petition for writ of mandamus, and pursuant to Rule 122 of the Texas Rules of Appellate Procedure, without hearing oral argument, a majority of this court conditionally grants the writ of mandamus. We are confident that Judge Gonzalez will comply with the order of this court. Therefore, the writ will not issue unless Judge Gonzalez fails to vacate his order excluding witnesses and to permit timely supplementation in accordance with the applicable rules of civil procedure.

SPECTOR, J., not sitting.

# DISSENTING OPINION TO ORDER DENYING APPLICATION FOR WRIT OF ERROR AS IMPROVIDENTLY GRANTED

DOGGETT, Justice, dissenting.

For the reasons set forth in my opinion today in *Havner v. E–Z Mart Stores, Inc.*, I dissent from the decision to withdraw as improvident the court's order of December 31, 1992, granting the application for writ of error.

GAMMAGE and SPECTOR, JJ., join in this dissenting opinion.

---

**Blanca CABRERA, Individually and on Behalf of the Estate of Octavio Villarreal Cabrera, Decedent, and on Behalf of the Minor Children, Jazel Cabrera and Octavio Cabrera, Jr., Petitioner,**

v.

**CEDARAPIDS, INC., Respondent.**

No. D–2942.

Supreme Court of Texas.

Feb. 3, 1993.

Bruce L. Jamison, James R. Jones, Houston, for petitioner.

Boyd Smith, B. Lee Ware, Marie R. Yeates, Stephanie K. Crain, Houston, for respondent.

mandatory exclusion requirement does not survive the resetting, the questions addressed in

---

**Ex parte James BROOKS, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 71,516.

Court of Criminal Appeals of Texas, En Banc.

Feb. 10, 1993.

*TransAmerican* are not reached.